## AMERICAN NAT. REALTY CO. et al. v. COMMISSIONER OF INTERNAL REVENUE.

### No. 10566.

Circuit Court of Appeals, Fifth Circuit.

June 24, 1943.

Rehearing Denied Aug. 9, 1943.

H. E. Kleinecke, Jr., of Galveston, Tex., for petitioners.

Muriel S. Paul, Sewall Key, and Samuel H. Levy, Sp. Assts. to Atty. Gen., Samuel O. Clark Jr., Asst. Atty. Gen., and J. P. Wenchel, Chief Counsel, Bureau of Internal Revenue, and Bernard D. Daniels, Sp. Atty., Bureau of Internal Revenue, both of Washington, D. C., for respondent.

Before HUTCHESON, HOLMES, and WALLER, Circuit Judges.

WALLER, Circuit Judge.

Petitioner insists that depreciation, taken in years in which its business was operated at a loss should not be deducted from the acquisition costs of property so depreciated in computing its capital gain on a sale of the property.

The contrary conclusion was reached by the Supreme Court in Virginian Hotel Corporation v. Helvering, Commissioner of Internal Revenue, 63 S.Ct. 1260, 87 L.Ed. ——, decided June 7, 1943.

The decision of the Board of Tax Appeals is, therefore, affirmed.